# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2424
LT Case Nos. 2021-CF-767
2021-CF-114

_____

VICTOR LaGRANE OWENS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Matthew J. Metz, Public Defender, and Jane C. Almy, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Assistant Attorney General, Tallahassee, and
Robin A. Compton, Assistant Attorney General, Daytona Beach,
for Appellee.

August 13, 2024

PER CURIAM.

AFFIRMED.

KILBANE, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____